# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL A. PINA

      v.

HAROLD CLARKE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-1547BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendants' motions to dismiss (Dkt. Nos. 22,27,33) are GRANTED; and

Plaintiff's Second Amended Complaint (Dkt. No. 13) is DISMISSED with prejudice.

  February 27, 2008                                                              BRUCE RIFKIN
Date                                                                                                Clerk

                                                                                            *s/CM Gonzalez*
                                                                                            Deputy Clerk